**SO ORDERED**

*George B. Daniels*
**HON. GEORGE B. DANIELS**

APR 9 2008

Dear Judge Daniels,

I am writing to request more time to serve my summons to the defendant Volunteers of America. The reason for this request is that I wanted to wait until all proceedings with me as a defendant were over, so as not a to affect the outcome. Also, since the defendant is my landlord and I have contact with them on almost a daily basis, their knowledge of this suit could have caused me considerable stress in the place in which I live. Upon knowing that I will move out by May 13th, I am now finally ready to serve the papers.

Sincerely,

Chloe Johnson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: APR 9 2008