UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHLOE FAIRCHILD JOHNSON,

                Plaintiff,

      -against-

VOLUNTEERS OF AMERICA OF GREATER
NEW YORK, et al.,

                Defendants.

------------------------------------x

07 CV 11322 (GBD)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 6 2008

GEORGE B. DANIELS, District Judge:

      The Pro Se office is directed to provide plaintiff with an amended summons and all paperwork necessary to effectuate service.

Dated: May 5, 2008
       New York, New York

SO ORDERED: MAY 0 5 2008

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS